RICHARD MCPALMER, CA BAR 244962
AMANDA M. BRUNT, WI BAR 1122561, Counsel for Service
LEIGH DAVENPORT, CA BAR 349115, Counsel for Service
National Labor Relations Board, Region 32
1301 Clay Street, Suite 1510N
Oakland, California 94612
Telephone Numbers: (510) 671-3300
E-mail: Amanda.Brunt@nlrb.gov

Attorneys for National Labor Relations Board, Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTY J. KWON, Regional Director of Region 32 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>              Petitioner,<br><br>    vs.<br><br>AAA NORTHERN CALIFORNIA, NEVADA & UTAH<br><br>              Respondent | Case No. 4:24-CV-07978-HSG<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITS** |

American Automobile Association of Northern California, Nevada, & Utah (Respondent) and Christy J. Kwon, Regional Director of Region 32 of the National Labor

Relations Board, for and on behalf of the National Labor Relations Board (Petitioner), pursuant to Civil Local Rule 7-12, hereby stipulate and agree as follows:

WHEREAS, on November 14, 2024, Petitioner filed with this Honorable Court a Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act, as Amended [29 U.S.C. Section 160(j)];

WHEREAS, on November 18, 2024, Petitioner filed with this Honorable Court a Memorandum of Points and Authorities in Support of said Petition;

WHEREAS Petitioner's November 18, 2024, Memorandum of Points and Authorities exceeds the page limitations contained in Civil Local Rule 7-2(b);

WHEREAS Respondent anticipates that its Opposition to the Petition and supporting Memorandum of Points and Authorities will likewise exceed the page limitations contained in Civil Local Rule 7-2(b);

WHEREAS the Parties agree that the legal issues placed in issue by said Petition are numerous enough to require written argument beyond that which is possible under the page limitations contained in Civil Local Rule 7-2(b).

IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that Petitioner's Memorandum of Points and Authorities in support of said Petition may exceed the page limitations contained in Civil Local Rule 7-2(b), and be accepted by this Honorable Court as submitted; and

IT IS FURTHER STIPULATED by and between the Parties through their respective counsel that Respondent's Opposition to the Petition and supporting Memorandum of Points and Authorities may exceed the page limitations contained in Civil Local Rule 7-2(b) by a number

STIPULATION AND ORDER TO EXCEED PAGE LIMITS

4:24-CV-07978-HSG

of pages comparable to (i.e., within five pages) the number of excess pages submitted by Petitioner in her Memorandum of Points and Authorities.

Date: <u>November 18, 2024</u>              <u>s/Amanda M. Brunt</u>

AMANDA BRUNT
Counsel for Petitioner
National Labor Relations Board, Region 32
1301 Clay Street, Suite 1510N
Oakland, CA 94612

Date: <u>November 18, 2024</u>              <u>s/Thomas J. Posey</u>

THOMAS J. POSEY
Counsel for Respondent
Seyfarth Shaw, LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793

I hereby attest, under penalty of perjury under the laws of the United States of America, that on November 18, 2024, Counsel for Respondent Thomas J. Posey concurred in the filing of this document.  <u>s/Amanda Brunt</u>  Dated: November 18, 2024

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 11/19/2024                   _____
                                    HON. HAYWOOD S. GILLIAM, JR.
                                    United States District Judge
                                    Northern District of California

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

STIPULATION AND ORDER TO EXCEED PAGE LIMITS
4:24-CV-07978-HSG

3