1 | SEYFARTH SHAW LLP
Thomas J. Posey (SBN 321313)
2 | tposey@seyfarth.com
Alyson D. Dieckman (*Pro Hac Vice*)
3 | adieckman@seyfarth.com
601 South Figueroa Street, Suite 3300
4 | Los Angeles, California 90017-5793
Telephone: (213) 270-9600
5 | Facsimile: (213) 270-9601

6 | Attorneys for Respondent
American Automobile Association of Northern California,
7 | Nevada & Utah

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL LABOR RELATIONS BOARD REGION #32, | Case No. 4:24-CV-07978-HSG |
|---|---|
| Petitioner, | **STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE** |
| v. | |
| AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, | |
| Respondent. | |

American Automobile Association of Northern California, Nevada, & Utah (Respondent) and Christy J. Kwon, Regional Director of Region 32 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board (Petitioner), pursuant to Civil Local Rules 6-2 and 7-12, hereby stipulate and agree as follows:

WHEREAS the Court held a Case Management Conference on November 26, 2024 via Zoom. Attorneys Leigh Davenport, Richard McPalmer, and Amanda Brunt appeared for the Petitioner and Attorney Thomas Posey appeared for the Respondent. (Dkt. 32).

1

WHEREAS the Court directed the Parties to meet and confer regarding a briefing schedule as to the Motion for Preliminary Injunction (Dkt 16). (Dkt. 32).

WHEREAS the Parties met and conferred regarding the briefing schedule as to the Motion for Preliminary Injunction.

IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that Respondent's Opposition to the Motion for Preliminary Injunction will be due no later than December 13, 2024, and Petitioner's Reply in Support of the Motion for Preliminary Injunction will be due no later than December 27, 2024.

IT IS FURTHER STIPULATED by and between the Parties through their respective counsel that the Court shall hear the Motion for Preliminary Injunction on January 9, 2025 at 2:00 p.m., or at a date and time set by the Court, at Courtroom 2 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

| | |
|---|---|
| DATED: December 3, 2024 | Respectfully submitted, |
| NLRB, REGION 32 | SEYFARTH SHAW LLP |
| By: *s/Amanda Brunt* <br> Amanda Brunt, WI Bar Number 122561 <br> Richard McPalmer, SBN # 244962 <br> Leigh Davenport, SBN # 349115 <br> Attorneys for Petitioner | By: *s/ Thomas J. Posey* <br> Thomas J. Posey, SBN #321313 <br> Alyson D. Dieckman, *Pro Hac Vice* <br> Attorneys for Respondent |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/4/2024

By: _____
HONORABLE HAYWOOD S. GILLIAM, JR.