RICHARD MCPALMER, CA BAR 244962
AMANDA M. BRUNT, WI BAR 1122561, Counsel for Service
LEIGH DAVENPORT, CA BAR 349115, Counsel for Service
National Labor Relations Board, Region 32
1301 Clay Street, Suite 1510N
Oakland, California 94612
Telephone Numbers: (510) 671-3300
E-mail address: Amanda.Brunt@nlrb.gov

Attorneys for National Labor Relations Board, Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTY J. KWON, Regional Director of Region 32 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>AAA NORTHERN CALIFORNIA, NEVADA & UTAH<br><br>Respondent | Case No. 4:24-CV-07978-HSG<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT ORDER (Dk. No. 8)** |

American Automobile Association of Northern California, Nevada, & Utah (Respondent) and Christy J. Kwon, Regional Director of Region 32 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board (Petitioner), pursuant to this Honorable Court's in-person January 9, 2025, Order and Civil Local Rule 7-12, hereby stipulate and agree as follows:

Stipulation and Order re Case Mgt. Order 1

The actions and corresponding deadlines appearing in the Court's Order Setting Initial Case Management Conference and ADR Deadlines [Dk. No. 8] having been rendered moot, the Parties are hereby relieved of taking said actions and meeting said deadlines.

DATED: January 9, 2025                                    Respectfully submitted,

NLRB, REGION 32                                           SEYFARTH SHAW LLP

By: *s/Amanda Brunt*                                      By: *s/ Thomas J. Posey*
Amanda Brunt, WI Bar Number 122561                        Thomas J. Posey, SBN #321313
Richard McPalmer, SBN # 244962                            Alyson D. Dieckman, *Pro Hac Vice*
Leigh Davenport, SBN # 349115                             Attorneys for Respondent
Attorneys for Petitioner

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated at Oakland, California, this 10th day of January, 2025.

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

Stipulation and Order re Case Mgt. Order 2